cu. DKW

ORIGINAL

SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 3 1 2022
at 3 o'clock and 57 min. PM
John A. Mannle, Clerk

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Chief, Criminal Division
MICAH SMITH
MICHAEL F. ALBANESE #9421
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:     Ken.Sorenson@usdoj.gov
           Micah.Smith@usdoj.gov
           Michael.Albanese@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  22-00071 DKW |
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [18 U.S.C. § 666(a)(2)] |
| MILTON CHOY, | ) | |
| Defendant. | ) | |

**INFORMATION**

The United States Attorney charges:

## Bribery of Agent of a Federally Funded Program
## (18 U.S.C. § 666(a)(2))

1. At all times material to this Information:

   a. The County of Maui was a local government that received federal assistance in excess of $10,000 during each one-year period between 2012 and 2018.

   b. Stewart Olani Stant (hereinafter "Stant") (charged elsewhere) was an agent of the County of Maui as an employee of the Department of Environmental Management for the County of Maui (hereinafter "DEM"). Between in or about December 2015 and in or about December 2018, Stant was the Director of DEM.

   c. MILTON CHOY, the defendant, was the owner and manager of H2O Process Systems, LLC, a company based in Honolulu, Hawaii, that provided various wastewater services, including distributing, installing, and consulting regarding various wastewater equipment and parts.

2. Between October 1, 2012 and December 31, 2018, both dates being approximate and inclusive, in the District of Hawaii and elsewhere, MILTON CHOY, the defendant, did corruptly give, offer, and agree to give things of value to Stant, with intent to influence and reward Stant in connection with the business and transactions of the County of Maui involving things of value of $5,000 or

more, namely, contracts for H2O Process Systems, LLC, to provide goods and services to the County of Maui.

All in violation of Title 18, United States Code, Section 666(a)(2).

## Forfeiture Notice

1. The allegations set forth in all paragraphs of this Information are hereby realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 28, United States Code, Section 2461(c).

2. The United States hereby gives notice that, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of the offense in violation of Title 18, United States Code, Section 666(a)(2), set forth in this Information, MILTON CHOY, the defendant, shall forfeit to the United States any and all property, real or personal, that constitutes or is derived from proceeds traceable to the violation of Title 18, United States Code, Section 666(a)(2) alleged in this Information.

3. If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 above:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty,

the United States will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: August 31, 2022, at Honolulu, Hawaii.

_/s/ Cawe Tor (for)_
CLARE E. CONNORS
United States Attorney
District of Hawaii

_/s/ Km Sorenson_
KENNETH M. SORENSON
Chief, Criminal Division
MICAH SMITH
MICHAEL F. ALBANESE
Assistant U.S. Attorneys