CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-Mail:   Ken.Sorenson@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 22-00071 DKW |
| Plaintiff, | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | |
| MILTON CHOY, | Date:   May 17, 2023 |
| Defendant. | Time:   9:00 a.m. |
| | Judge:   Derrick K. Watson |

GOVERNMENT'S SENTENCING STATEMENT

The United States has reviewed the draft presentence report and has no objections to the factual statements or guideline computations contained in the report.

DATED: February 24, 2023, at Honolulu, Hawaii.

                                    CLARE E. CONNORS
                                    United States Attorney
                                    District of Hawaii

                                    */s/ Kenneth M. Sorenson*
By_____
                                  KENNETH M. SORENSON
                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through EM/ECF:

    Michael Green, Esq.

    Attorney for Defendant
    MILTON CHOY

Served by hand-delivery:

    Darsie Ing-Dodson                 darsie_ing-dodson@hip.uscourts.gov
    U.S. Probation Officer

    DATED:   February 24, 2023, at Honolulu, Hawaii.

                                                    */s/ Dawn Aihara*
                                                    _____