MICHAEL JAY GREEN & ASSOCIATES, INC.
MICHAEL JAY GREEN          4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336
Fax:             (808) 566-0347

Attorneys for Defendant
MILTON CHOY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR No. 22-00071DKW-01 |
|---|---|
| Plaintiff, | ) **DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE** |
| v. | ) |
| MILTON CHOY, | ) |
| Defendant. | ) |

## DEFENDANT'S SENTENCING STATEMENT

Defendant MILTON CHOY, by and through his attorney, MICHAEL JAY GREEN, hereby submits the following sentencing statement to the U.S. Probation Department's Presentence Investigation Report, dated February 14, 2023.

Defendant Choy has no objections to the basic facts and Guideline computations contained in the Presentence Investigation Report. Defendant reserves the right to submit a Supplemental Sentencing Statement, and present such witnesses and testimony as may be deemed necessary and relevant at the time of sentencing.

DATED: Honolulu, Hawaii, February 24, 2023.

    /s/ Michael Jay Green
MICHAEL JAY GREEN
Attorney for Defendant
MILTON CHOY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy that the foregoing document will be duly served upon the following party(ies) on February 24, 2023.

|  | CM/ECF | HAND-DELIVERY |
|---|---|---|
| TO: KENNETH M. SORENSON<br>Assistant U.S. Attorney<br>6100 PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii  96813 | XX | |
| DARSIE ING-DODSON<br>U.S. Probation Office<br>PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii  96813 | | XX |

DATED: Honolulu, Hawaii, February 24, 2023.

/s/ Michael Jay Green
MICHAEL JAY GREEN
Attorney for Defendant
MILTON CHOY