UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 29 2023

at 8 o'clock and 29 min. AM
Lucy H. Carrillo, Clerk

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: USA vs. Milton Choy    Case No.: 1:22-cr-00071-DKW

Presiding District or Magistrate Judge: JUDGE DERRICK K. WATSON

Media Outlet: KITV4

Representative(s): Kayli Martinez

Email Address To Send Completed Request Form: news@kitv.com

☒ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 08/29/2023 | 09:00 AM | Sentencing |
| | | |
| | | |
| | | |
| | | |

DATED: 08/29/2023    SIGNATURE: *Duane Shimogawa*

PRINTED NAME: Duane Shimogawa, KITV4

IT IS SO ORDERED.

☐ APPROVED    ☐ APPROVED AS MODIFIED    ☒ DENIED

DATED: 8/29/23